**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Rosehurst Homeowners Association v. Hughes Natural Gas, Inc. and
Real Provencher

Appellate case number:   01-14-00601-CV

Trial court case number: 980,933

Trial court:             Co Civil Ct at Law No 2 of Harris County

Appellees Hughes Natural Gas, Inc. and Real Provencher filed an unopposed motion to reset oral argument in this cause. Oral argument was originally scheduled for April 28, 2015.

We grant the Appellees' unopposed motion to reset oral argument. Oral argument will be rescheduled and an amended submission notice will be sent to the parties.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually    ☐ Acting for the Court

Date: April 14, 2015